1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| SHARON T., an individual | Case No. 2:15-cv-04239-SVW(Ex) |
| Plaintiff,<br>v. | **[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO STAY** |
| NEW DIRECTIONS, INC., a non-profit organization; A COMMUNITY OF FRIENDS, a non-profit organization; JOHN STEWART COMPANY, a California Corporation; UNIFIED PROTECTIVE SERVICES, INC., a California corporation; GEOGERY WILLIAMS; MAURO PRADO; and Does 1-50,<br><br>Defendants. | Honorable Stephen V. Wilson |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Having considered the parties' Notice of Conditional Settlement and Joint

2  Stipulation to Stay, the Court's record and file in this matter and good cause

3  appearing,

4    IT IS HEREBY ORDERED THAT

5    This matter will be STAYED for 10 calendar days to allow the parties to

6  finalize and execute the documentation and terms of their settlement.

7

8

9  DATED _____    _____

10                           Stephen V. Wilson
                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28