1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON T., an individual | Case No. 2:15-cv-04239-SVW(Ex) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL PURSUANT TO** |
| NEW DIRECTIONS, INC., a non-profit organization; A COMMUNITY OF FRIENDS, a non-profit organization; JOHN STEWART COMPANY, a California Corporation; UNIFIED PROTECTIVE SERVICES, INC., a California corporation; GEOGERY WILLIAMS; MAURO PRADO; and Does 1-50, | **F.R.C.P.  RULE 41(a)(2)** |
| | HON. STEPHEN V. WILSON |
| Defendants. | |

1     Having considered Plaintiff's Request for Dismissal and the Joint Stipulation
2 Requesting Dismissal signed by all parties except *pro se* defendant Mauro Prado,
3 together with the file in this matter and good cause appearing,
4     IT IS HEREBY ORDERED THAT this action is dismissed with prejudice.

6 DATED _____    _____
7                                     Stephen V. Wilson
                                 United States District Judge